IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10792
_____

D.C. Docket No. 4:13-cv-00549-MW-GRJ


CONRAAD L. HOEVER,

                                   Plaintiff – Appellee-Cross Appellant,

                    versus


C. CARRAWAY,
Correctional Officer, et al.,

                                   Defendants,

R. MARKS,
Correctional Officer,
C. PAUL,
Correctional Officer Sergeant,

                                   Defendants - Appellants - Cross Appellees.



_____

Appeal from the United States District Court
for the Northern District of Florida
_____

Before WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, and BRASHER, Circuit Judges.

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service who are not disqualified having voted in favor of granting rehearing en banc, IT IS ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.